**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

October 5, 2009

Clerk, U.S. Bankruptcy Court

RE: Stanley R. Taylor
    Bankruptcy Case No.  1-06-02234
      Unclaimed Funds For: Great Seneca Financial
                     PO box 10247
                     Rockville MD 20849

Dear Clerk:

    Enclosed herewith please find check No.753881 for $3,952.88 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

    Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                  Very truly yours,

                  *Carol A. Kreider*

                  Carol A. Kreider
                  Funds Manager

FILED
WILKES-BARRE PA
2009 OCT -6  AM 11:29
CLERK U.S. BANKRUPTCY COURT